UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI CIVIL DIVISION

CASE NO. 23-cv-23552-RNS/Goodman

NATALIA BERCANDE,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The parties to this lawsuit, by and through undersigned counsel, hereby notify the Court that all claims and causes of action between or among the parties in this lawsuit have been amicably resolved, pending execution of all settlement documents and delivery of settlement funds. The parties shall file a Joint Stipulation for Dismissal forthwith.

Respectfully submitted this 12th day of December 2023.

                                              By: *s/ Valentina M. Tejera, Esq.*
                                                   Valentina M. Tejera, Esq.
                                                   CARNIVAL CORPORATION
                                                   3655 N.W. 87th Avenue
                                                   Miami, Florida 33178-2428
                                                   Telephone: (305) 406-7556
                                                   Facsimile: (305) 406-4732
                                                   Dedicated Judge's Phone (305) 406-5399
                                                   (For Judges only)
                                                   vtejeragioia@carnival.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in

1

CASE NO. 23-cv-23552-RNS/Goodman

the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> Valentina M. Tejera, Esq.
> CARNIVAL CORPORATION
> 3655 N.W. 87th Avenue
> Miami, Florida 33178-2428
> Telephone: (305) 406-7556
> Facsimile: (305) 406-4732
> Dedicated Judge's Phone (305) 406-5399
> (For Judges only)
> vtejeragioia@carnival.com
>
> By:  *s/ Valentina M. Tejera, Esq.*
>      Valentina M. Tejera, Esq.
>      Fla. Bar No.: 536946

## SERVICE LIST

| | |
|---|---|
| Alejandro J. Gonzalez, Esq.<br>GONZALEZ, P.A.<br>19 S. Krome Avenue<br>Homestead, FL 33030<br>Telephone: (786) 429-1511<br>Facsimile: (305) 230-3298<br>*alex@gonzalezlaw.com*<br>*info@gonzalezlaw.com*<br>*Attorney for Plaintiff* | Valentina M. Tejera, Esq.<br>CARNIVAL CRUISE LINE<br>3655 N.W. 87th Avenue<br>Miami, FL 33178<br>Telephone: (305) 406-7556<br>Facsimile: (305) 406-4732<br>vtejeragioia@carnival.com<br>*Attorney for Defendant* |

[Service via CM/ECF Notice of Electronic Filing]